UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

ELECTRONICALLY FILED

CIVIL ACTION NO. _____

UNITED STATES OF AMERICA,                                                                                    PLAINTIFF

vs.                                                    **COMPLAINT**

IKERD MINING, L.L.C.                                                                                         DEFENDANT

\* \* \* \* \* \* \*

The United States, by and through its counsel, the United States Attorney for the Eastern District of Kentucky, brings this action against the defendant, Ikerd Mining, L.L.C., to collect civil penalties and other amounts owed to the United States under the Mine Safety and Health Act of 1977, as amended, 30 U.S.C. § 801 et seq. ('Mine Act'), and the Federal Debt Collection Procedures Act, 28 U.S.C§3001, et seq., as applicable.

COUNT 1

1. This Court has jurisdiction over this matter pursuant to the Mine Act, 30 U.S.C. § 820(j). Venue is proper under 28 U.S.C. § 1395(a).

2. The Defendant, Ikerd Mining, L.L.C., at all times relevant hereto was an active corporation with its principal office in Somerset, Pulaski County, Kentucky, within the jurisdiction of this Court.

3. At all relevant times, defendant Ikerd Mining, L.L.C., was an "operator" of a coal or other mine within the meaning of Sections 3(d) and 3(h) of the Mine Act, 30 U.S.C. §§802(d) and 802(h).

4. At all relevant times, the products of defendant IKERD MINING, L.L.C. entered

commerce, or its operations or products affected commerce, within the meaning of Section 4 of the Mine Act, 30 U.S.C. § 803.

5. Between April 27, 2011 and August 24, 2011, the Mine Safety and Health Administration ("MSHA") issued a number of citations to Defendant IKERD MINING, L.L.C. for violations of the Mine Act; MSHA assessed civil penalties for each violation pursuant to the Mine Act. (See Exhibit A, p. 2, attached hereto).

6. Following the issuance of numerous citations, The United States Department of Labor sent to the Defendant a proposed assessment letter on September 29, 2011 (see Exhibit A, pg.1, attached hereto.). The Defendant did not contest or pay the assessment and a Final Order was entered by the Department of Labor, Mine Safety and Health Administrion, Civil Penalty Compliance Office, on November 4, 2011. A demand for payment was mailed to Defendant on December 20, 2011 (See Exhibit B, attached hereto).

7. Because a demand for payment has been made to the Defendant, and no payments have been made, the United States, having no further administrative remedy, hereby seeks to recover the penalties. A Certificate of Indebtedness is attached hereto as Exhibit C with the principal, interest, administrative costs and penalties calculated through October 19, 2012 for a total due of $6,917.72.

**WHEREFORE**, the plaintiff, United States of America, prays for relief as follows:

(a) For judgment against the defendant, IKERD MINING, L.L.C. in the principal amount of $5,000.00 plus $1,917.72 in accrued interest, penalties and administrative costs for a total $6,917.72 as of October 19, 2012, and interest at the legal rate of interest in effect as of the date of entry of the judgment until paid in full pursuant to 28 U.S.C. § 1961;

  (b)  For its costs in the amount of $350.00, as authorized by 28 U.S.C. § 2412(a)(2);

and

  (c)  For any and all other relief to which the plaintiff may be entitled.

      Respectfully submitted,

      KERRY B. HARVEY
      UNITED STATES ATTORNEY


    By:  s/ David Y. Olinger, Jr. AUSA
      DAVID Y. OLINGER JR. ,AUSA
      260 WEST VINE ST., SUITE 300
      LEXINGTON , KY. 40507
      859-685-4896-PHONE
      859-233-2658-FAX
      david.olinger@usdoj.gov